# UNITED STATES DISTRICT COURT
## for the
## Southern District of Illinois

SCANNED at MENARD and E-mailed
7-26-24 by JA  15 pages
Date   initials   No.

Plaintiff(s)/Petitioner(s): Sidney Perry

Defendant(s)/Respondent(s):
Wex Ford v.
Loesing #1143
Hale #931
Tyner #8223
Westrymin #8023

Case Number: 24-1785-SMY
(Clerk's Office will provide)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Sidney Perry #N52687
711 Kaskaskia
Menard IL 62259

**Defendant #1:**

B. Defendant **Loesing** is employed as
   (a) (Name of First Defendant)

**Correctional officer**
   (b) (Position/Title)

with ~~I.D.O.C. Kaskaskia~~, Menard IL 62259
   (c) (Employer's Name and Address)

Illinois Department of Corrections

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain:

~~Federal Correctional officer~~
as a STATE Correctional officer

Rev. 10/3/19

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s): *Very old ones. Cant Remember on too much mental Health meds*

   Defendant(s):

2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Rev. 10/3/19

7. Approximate date of filing lawsuit: Unknown

8. Approximate date of disposition: Unknown

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" Strikes

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes  ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes  ☒ No

C. If your answer is YES,
   1. What steps did you take?


   2. What was the result?


D. If your answer is NO, explain why not.
Sidney Perry N52687 wasnt able to sy a grievance form and the grievance box was unavailble, leaving grievance procedure unavailable

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes  ☒ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

2. What was the result?

G. If your answer is NO, explain why not. The complaint per 1983 was submitted after no grievance form was provided. Fear of retaliation

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

The grievance form was a requirement so do to no grievance form being available the grievance procedure was unavailable. Sidney Perry requested grievance form by and through party Sidney Perry representative Eric S Smith. The party Sidney Perry is "incompetent" and uses a representative to conduct legal affairs. Furthermore Black Box to secure grievances is the "only" means by which a grievance when provided can be submitted and the grievance box per "Cover" the West Division of Menard C.C. 3 gallery 5 day officer on and before the day of June 1st was "Broken" leaving the grievance procedure unavailable. See A.D 04.01.114

Rev. 10/3/19

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Sidney Perry #N52687 on February 28 2024 had an appointment for physical therapy at approx 12:00pm of the West living unit of Menard Correctional Center, I.D.O.C. Upon going to a physical therapy appointment, Sidney was given permission by an officer "Rock" another officer of the "West" living unit to go up to 3 gallery as Sidney Perry was stationed and living on 1 gallery. Upon leaving 3 gallery Sidney Perry was approached by ofc Loesing #11143 and questioned as to why was Sidney Perry" on 3 gallery before Sidney Perry could say anything Sidney Perry was slapped (pushed to the floor. Sidney Perry attempted to get back up and was slapped (pushed to the ground again. After getting back up Sidney Perry was forced down stairs There Sidney Perry was handcuffed and carried (drug) to a nearby room known as the med tech room by officers Tyner #8223 Westermin #8023 Hall #9301, Loesing #11143 where Sidney Perry was assaulted closed fist strikes about the body by officers Tyner, Westermin, Hall and Loesing. As Sidney Perry already has a medical condition, Sidney Perry was forced to walk a distance to "restrictive Housing." Sidney Perry suffered arm abrasions, and bruises about the head and body. Sidney Perry recieved no adequate medical attention and no follow up of the bruises was recorded. The incident was done out of the view of camera footage

Rev. 10/3/19

Sidney Perry brings claim under American with disability Act due to Plantiff being Assaulted while Legally disabled and Plantiff also raises the claim of discrimination due to Sidney Perry being on on file Transgender. Sidney Perry claims the Assault occurred due to Plantiff being on on file Transgender

Wexford denied Sidney Perry adequate Medical attention by and through its nurses/Personnel on the date of Feburary 28th 2024 and refused follow-up and or treatment of incident and prior medical condition by refusing 5 day follow-up to time after Feburary 28th 2024. (SEE Medical file)

and officers had no body cam footage on. No adequate medical evaluation was done and Sidney Perry wasn't treated for the injuries. Later on the date of 7/20/24 ofc Loesing and another "staff" member came in the cell and retaliated against Sidney Perry that by which Sidney Perry obtained a back injury as was bleeding. Since the claim against ofc's Sidney Perry hasnt been getting normal follow-up or physical therapy. Sidney Perry showed the injury of the retaliation of ofc Loesing to the 11 to 7 shift on 7/19/24 who stated keep the injury clean so that it dont get infected. Sidney Perry is not safe in the institution allegedly due to retaliation of claim against the officers. Sidney Perry claim mail is being lost or destroyed.

Loesing     Assaulted Sidney Perry / Retaliated against Perry
Tyner       Assaulted Sidney Perry
Hall        Assaulted Sidney Perry
Westermin   Assaulted Sidney Perry
Wexford     Denied Adequate Medical Attention after Assault

DEFENDANTS

Westerman

Correctional Officer

I.D.O.C

711 Kaskaskia

Menard IC 62259

WEXFORD

HEALTH Care Provider

Contracted by I.D.O.C.

Foster PLAZA
425 Holiday Dr
Pittsburgh PA, 15220

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Plantiff Seeks $100,000 per defendant
Loving - $100,000 Individual capacity    a Transfer - "
Tyner $100,000 Individual capacity      Preliminary
Westrmin $100,000 Individual capacity   Injunction
Hall $100,000 Individual capacity       "Life at Risk"
Wexford $100,000

## VI. JURY DEMAND (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7/20/24 (date)

Signature of Plaintiff: SSP

711 Kaskaskia
Street Address

Printed Name: Sidney Finy

Minard IL, 62201
City, State, Zip

Prisoner Register Number: #N5268

Signature of Attorney (if any): _____

Rev. 10/3/19

**Defendant #2:**

C.  Defendant __HALL__ is employed as
(Name of Second Defendant)

__Correctional officer__
(Position/Title)

with __Illinois Department of Correctional__
(Employer's Name and Address)
__P.O Box 19277, Springfield IL, 62794__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If you answer is YES, briefly explain:

STATE Correctional officer

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

TYNER
Correctional officer
Illinois Department of Correction
~~Illinois Department above~~
P.O Box 19277
Springfield IL, 62794
All defendants are employed at the Institution of Menard Correctional Center
711 Kaskaskia
Menard IL, 62259

Rev. 10/3/19



7-26-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Perry, Sidney          ID Number: N52687

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?     **Yes** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _N/A_

   If yes, but you do not know the case number mark here: ____

3. Should this document be filed in a pending case?     Yes or **No**

   If yes, please list case number: _N/A_

   If yes, but you do not know the case number mark here: ____

4. Please list the total number of pages being transmitted:    _15_

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document: _Complaint and Notice of Filing_     Number of Pages: _15_

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

# United States District Court
## SOUTHERN DISTRICT OF ILLINOIS

__Sidney Perry__
Plaintiff,

VS.    Case No.: _____

__TYNER__
Defendant

---

## NOTICE OF FILING

TO: Tyner, Loesin, #11143 #8223
HAC C&W EST C&MIN #8023
711 Koikwk rea
Menard IL, 62255

TO: _____

TO: Wexford Healthcare
Foster Plaza
425 Holiday Dr.
Pittsburgh PA, 15220

TO: _____

PLEASE TAKE NOTICE that on __July 24__, 20__24__, I have provided service to the person(s) listed above by the following means:

☑ Electronically filed through __Menard__ Correctional Law Library

☐ Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

---

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: __7/24/24__

/s/ __Sidney Perry__
NAME: __Sidney Perry__
IDOC#: __M4625__
__Menard__ Correctional Center
P.O. Box __1000__
__Menard__, IL __62255__