UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SCANNED at MENARD and E-mailed
1-3-25 by [initials]
Date       Initials    No. pages

MR. SIDNEY PERRY #N52667
PLAINTIFF

CASE NO: 24-CV-1785 SMY

V.

HALL et. AL
WEXFORD, Motion to Reconsider
MOTION FOR RECRUITMENT OF COUNSEL

I SIDNEY PERRY FORCEDLY PRO SE LITIGANT, PLAINTIFF, I AM UNABLE TO AFFORD THE SERVICES OF AN ATTORNEY, AND I AM ASKING THE COURT TO RECRUIT COUNSEL TO REPRESENT ME IN THE CASE AT BAR. I FULLY UNDERSTAND THAT THE COURT WILL ATTEMPT TO RECRUIT COUNSEL TO REPRESENT ME ONLY IF CERTAIN CRITERIA ARE MET.

I HAVE TRIED TO RECRUIT COUNSEL UPON MY OWN BY CONTACTING SEVERAL DIFFERENT LAW FIRMS AND HAVE NOT RECEIVED A RESPONSE TO ANY OF MY SUCH MAILINGS.

I AM CURRENTLY HAVING THIS MOTION FOR APPOINTMENT OF COUNSEL DRAWN UP FOR ME BY A FELLOW CONVICT, AS I:

1) HAVE A VERY LIMITED GRAMMAR SCHOOL EDUCATION, AND DO NOT UNDERSTAND AND OR FULLY COMPREHEND SENTENCE STRUCTURE, SYNTAX; USAGE OF VERBS AND NOUNS TO GET ACROSS MY POINT OF VIEW SUCCINCTLY AND ACCURATELY;

2) NOR HAVE I THE PRESENCE OF MIND TO FULLY ARTICULATE ALL OF THE DEFENDANTS et. al. VIOLATIONS OF MINISTERIAL OFFICIAL CAPACITY OF DUTY OF OFFICE(S);

3) NOR HAVE I THE ARTICULATION CAPABILITIES TO COMPETENTLY AND COMPREHENSIVELY DESCRIBE HOW THE DEFENDANTS et. al. ACTIONS AND ACTIONS IN PERFORMANCE OF MINISTERIALLY OUTLINED OFFICIAL CAPACITY OF DUTY(IES) OF OFFICE (S) HAVE CAUSED ME UNDUE PSYCHOLOGICAL AND PHYSICAL AFFECTATIONS AND EFFECTUATIONS, WHICH DIRECTLY AND OR INDIRECTLY CAUSE A DETRIMENTAL DETERIORATION OF THE QUALITY OF MY DAY TO DAY LIFE.

4) I AM A SMI (SERIOUSLY MENTALLY ILL) PRISONER AND AM CONSTANTLY UNDER STRESS AND EXPERIENCING MOOD SWINGS AND LIVE MY LIFE IN A CONSTANT STATE OF CONFUSION AND AGGITATION AND EXPERIENCE HIGH LEVELS OF PHYSICAL PAIN(S);

5) IT IS FOR ALL THE ABOVE REASONS THAT I HUMBLY REQUEST OF THIS COURT TO APPOINT ME COUNSEL SO THAT IN THE INTEREST AND SPIRIT OF JUSTICE AND JUDICIAL ECONOMY THAT MY CASE AT BAR IS NOT DISMISSED DUE TO MY INABILITY TO COMPREHEND AND CARRY OUT THE STEPS NECESSARY TO PROPERLY PONTIFICATE MY CASE.

1.

6). MY NAME IS PEDRO MANZANARES JR #B37563# AND I AM FILING THIS WRITEN MOTION BY MY OWN HAND ON BEHALF OF SIDNEY PERRY AS HE ASKED TO AS A FAVOR OF ME AND I HELPED HIM DO SO.

IN THIS PERRY HUMBLY REQUESTS OF THIS HONORABLE COURT THE RELIEF HE SEEKS.

RESPECTFULLY SUBMITTED

DATE: MONTH January  YEAR 2025   X MR P, S

MR SIDNEY PERRY N52687
P.O. BOX 1000
MENARD IL, 62259
JAN 1st, 2025

reconsider

*Ms. Sidney Perry*
*Plaintiff*

*Case # 24-CV-1785 SMY*

*Hall et all*
*Wexfurs,*



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200  TDD: (800) 526-0844

*EX (1)*

December 13, 2024

Perry, Sidney  N52687
Menard Correctional Center

### Re: Master File Summary Request

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to 730 ILCS 5/3-5-1, Master Record File.

You have requested the following information from your Master Record File:

1. Name, ethnic, racial and other information.
2. All digital available information from committing courts.
3. All information on Offender 360 regarding Criminal History.
4. Complete Assignment History from DOC
5. Disciplinary Card
6. Records of all grievances filed from January 1, 2023, to present.
7. 3 Specific disciplinary tickets:
8. 5 Specific grievances prior to January 1, 2023:

These documents were sent to you on June 17, 2024.

You will not be able to request documents again until June 10, 2025.  This is the last response to your request until June 10, 2025.

Sincerely,
Master File Request Department - lh

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Ms. Sidney Perry,
Plaintiff

HALL et All

(EX 2)   Wexford

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Master Record File Summary – Individual in Custody Request

RECEIVED
DEC 11

**To:** Master File Summary Office
1301 Concordia Court
Springfield, IL 62794

Duplicate

I, **MS. Perry S. dney**, ID number **N-52687**
     Print Name
pursuant to 730 ILCS 5/3-5-1 request a summary of my master record file.

I understand the summary will contain:

1) Name, ethnic, racial, and other identifying information.
2) All digitally available information from the committing court.
3) All information in the Offender 360 system on criminal history.
4) Complete assignment history in the Department of Corrections.
5) Disciplinary card.
6) Records of all grievances filed on or after January 1, 2023.
7) I may also request additional records regarding up to 3 specific disciplinary incidents. I am requesting records regarding the following disciplinary incidents:
   1) request → Offender 360 System on criminal-history
   2) Complete assignment history in the Department of Corrections
   3) All Grievances from 1/1/2023 to present 12/8/2024
8) I may also request available records about up to 5 specific grievances prior to January 1, 2023. I am requesting records regarding the following grievances:
   From 1/1/2023 through April 1, 2024 please. at present
   All my grievance From 1/1/2023 to present 2024
   my Disciplinary card please. Thank U Sir

I acknowledge that I may request and receive one master record file summary per year.

**MS Perry S #N-52687**     **12/8/2024**
Signature                            Date

**This request will be processed within 15 days of receipt of a properly executed form.**

Distribution: Master File Summary Office     Printed on Recycled Paper     DOC 0726 (Eff. 4/2023)

(Ex 3)

## State of Illinois - Department of Corrections
### Counseling Summary

RECEIVED
DEC 11

| | |
|---|---|
| IDOC # | N52687 |
| Offender Name | PERRY, SIDNEY |
| Current Admit Date | 11/09/1995 |
| MSR Date | |
| HSE/GAL/CELL | W -01-04 |
| Counseling Date | 12/05/24 12:11:11.707 |
| Type | Collateral |
| Method | Grievance |
| Location | MEN GRIEVANCE OFFICE |
| Staff | LOYD, BETTY J., Office Coordinator |

Greivance office recieved a kite with money voucher requesting copies of all grievances from July 23 to current. Reply: The voucher and kite was returned to individual with the Master Record File Summary Request Form.

*[handwritten notes:]* They Keep playing with an - man science / but come not everytime I put mail in my Box. (I do) slips. Olways mess with me! T-dot go anything

Molly S G
#N-52687!

Sidney Perry #N-5287,
  -v-         Plaintiff
Hall et All
  Wexford,
  To:
Et SL Law-Library,
  12/26/2024.

Dec 5th all Indigent Packs were sent out. You are awarded only 2 extra envelopes.
DEC 27 2024
Sent 12/30/24

I have not gotten my Indigent pk. of Supplies (legal) For the month of (December) 2024 please send. Need badly.

please send me the Full pk of the Joe Coleman Medical Release with how to File it.

E-file was sent on 12/3/24

Thank U. And Happy Holidays,

P.S.
I never gotten no Return E-File yet. I sent U the Court Info, no Response from U.

Ms. Perry
Sidney
Cindy
#N-5287
W-01-20



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Perry
Name

N52687
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or No

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   Yes or No

   If yes, please list case number: 24-CV-1785 SMY

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.