SCANNED at MENARD and E-mailed
1/21/25 by TA   3 pages
Date    initials    No.

In The United States District Court
For The Southern District of Illinois

Sidney Perry #N52687
Plaintiff

No. 24-CV-1785-SMY

-v-

C/O Hall, C/O Loesing,
C/O Westerman, C/O Tyner
And Wexford

<u>Motion asking this Court for A Order
To Receive A print out of Trust Fund
Account for the Court</u>

Now comes the plaintiff Sidney Perry Requesting the
Court Assistance to show that plaintiff do not have or
Receive any Money.

1. This Court has already sent A order to the Trust
Fund office Requesting them to send partial payment in
the amount of $1.55

2. Do to the debt due to the State all plaintiff
payroll adjustment or any other money is Restricted
from plaintiff Trust Fund account.

3. Plaintiff Sidney Perry has wrote the business office three letters Requesting a copy of his trust fund account to show this court that plaintiff payroll adjustment is being Restricted.

4. On the inmate transaction statement dated 9-17-24 it state Less funds Held for Orders: $.00
This is the last transaction statement that plaintiff have been able to Receive.

Wherefore, for the above and foregoing Reason, Plaintiff is unable to pay the partial filing fee or Receive a up to date transaction statement and plaintiff ask this court for a court order to the Trust Fund office to Remove a $1.55 from plaintiff Trust fund account for partial filing fee.

/S/ S.P.
Sidney Perry #N-52687
P.O. Box 1000
Menard Il 62259

Date: 9/17/2024
Time: 9:21am
d_list_inmate_trans_statement_composite_sw

# Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 03/17/2024 thru End;   Inmate: N52687;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance
Errors Only ? : No;   Statewide ? : Yes

**Inmate: N52687 Perry, Sidney**               **Housing Unit: MEN-W -07-12**

| Inst | Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | | 6.14 |
| MEN | 03/22/24 | Disbursements | 81 Legal Postage | 0823113 | Chk #223692 | 817321, DOC: 523 Fun, Date: 03/15/2024 | Inv. | -1.87 | 4.27 |
| MEN | 03/22/24 | Disbursements | 81 Legal Postage | 0823113 | Chk #223692 | 817689, DOC: 523 Fun, Date: 03/20/2024 | Inv. | -1.63 | 2.64 |
| MEN | 06/10/24 | Payroll | 20 Payroll Adjustment | 1621248 | | P/R month of 5 2024 | | 1.41 | 4.05 |
| MEN | 07/02/24 | Payroll | 20 Payroll Adjustment | 1841248 | | P/R month of 6 2024 | | 6.58 | 10.63 |
| MEN | 07/08/24 | Disbursements | 82 Debts due to State (non-postage) | 1903113 | Chk #225534 | 824240, DOC: 523 Fun, Date: 07/01/2024 | Inv. | -5.00 | 5.63 |
| MEN | 08/08/24 | Payroll | 20 Payroll Adjustment | 2211248 | | P/R month of 7 2024 | | 8.46 | 14.09 |
| MEN | 08/29/24 | Disbursements | 82 Debts due to State (non-postage) | 2423113 | Chk #226728 | 827886, DOC: 523 Fun, Date: 08/26/2024 | Inv. | -5.00 | 9.09 |
| MEN | 09/10/24 | Payroll | 20 Payroll Adjustment | 2541248 | | P/R month of 8 2024 | | 10.34 | 19.43 |

| | |
|---|---|
| Total Inmate Funds: | 17.00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 110.75 |
| Funds Available: | -93.75 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Inst | Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|---|
| MEN | 05/13/2024 | 821170 | Disb | ADA Items Replacement costs | 99999 | DOC: 523 Fund Inmate Reimbursements | $110.75 |
| JTC | 09/04/2024 | 06/02/2023 | Disb | Debts due to State (non-postage) | 99999 | DOC: 523 Fund Inmate Reimbursements | $2.43 |
| | | | | | | Total Restrictions: | $113.18 |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Perry, Sidney

ID Number: N52687

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 24-CV-1785-SMY

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   3

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion asking court for Order | 3 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.