Sorry for the supplies. Fingers stiff in up always have Osteo/Edma Arthitis

IN The United States District Court
For The Southern District of Illinois

SCANNED at MENARD and E-mailed
1/24/25 by JA    4 pages
Date    initials    No.

Sidney perry #n-52687,
    plaintiff,           No. 24-cv-1785-smy

    -v-

c/o Hall c/o Loesing,
c/o Westerman,
c/o Tyner And
Wexford

Motion asking this Court for Extension of time to File Any And all- Reply Concerning Case # No. 24-CV-1785-smy due to being placed in Menard Restricted Housing Disciplinary Lock up

Now come the plaintiff Sidney Perry Requesting the Court Assistance to get

Two (2) months Extion to File (All) deadLine(s) due to c/o MATThew Tyner writting mea Bogus Disciplinary Report Only because I am suing him.

1. This court Already sent me about about (4) to (5) Orders to get taking care of.

2. Do to me Not Having no help From others doing Time with me are across The Long way Of This menord Correctional Center

3. c/o Tyner are harrosing me by writting me bogus writeup FOR he can take my (All) Legal poper (mail) work property For i cannot keep up with the Court Orders dead Lines. please TAKE out the/the Disciplinary Report c/o Tyner. wrote i do not smoke at all. Only For 3 three yrs at the age of 22 yrs yang I

3.) Stop Smoking.

4) please, Understand, My others will not help me where i am assigned to Live Only, because I Am A Transgender/ and / due to being serious Mental ill (smi

5) Being that(i) only have A LOW school, reading Anything Like A,B,C well - A 6- 9r Ade schooling

6) I have not gotten no help From no-one doing Time.

7) I am asking this corts to start "moiling" me everything inside of menard are playing with my legal Brief(s) The c/o's c/Htall plus c/o Tyner are messing with my mail/ E-mailed all personal property, legal mail coming / in / at

(8) I am asking this Court to put A Order Of protection on All-C/O's that i am suing Because They wont stop putting/Written me Up. to stop hitting on me, Then strip searched me on 1-20-2025, And wrote me up for some Crazy stuff All-Lies!

P.S.
Please send there Attorney(s) to stop these C/O's Hall et. Al From messing with my mail/ legal-calls.

01-21-2025

S/ SP,
Sidney Perry
Menard Corr Center
P.O. box 1000
menard IL 62259



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Perry, Sidney

ID Number: N52187

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

    If yes, please list case number:   24-CV-1785-SMY

    If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   4

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion for Ext. of Time | 4 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.