UNITED STATES DISTRICT COURT
Southern District of Illinois

SIDNEY PERRY,
  PLAINTIFF,
V.
ANTHONY WILLS, HEATHER YOUNG, counselor at first level, KENNETH HALL, DILLON LOESING, GIBSON WESTERMAN, MATTHEW TYNER, AND KENNY FARRAR, AND NURSE UNKNOWN #A, LIEUTENANT, DEFENDANTS.

CASE No. # 24-cv-1785

Hon. STACI M. YANDLE
presiding Judge.

SCANNED at MENARD and E-mailed
2/10/25 by JA   9 pages

## Motion For Leave To File Proposed Amended Complaint

Now comes Plaintiff Sidney Perry, pro se, by and through his Jail House Lawyer Bobby Ford respectfully asking this Honorable Court receive this proposed Amended Complaint an allow it's filing.

### FACT

1.) Plaintiff brings this proposed Amended Complaint pursuant to Fed. R. Civ. Proc. 15(a)(2) and 19(a) adding a party.

2.) The plaintiff has "EXTREME" inter alia exhaustion issue I will explain that need lead way.

3.) Defendants have not produced "Discovery" by February 4th 2025 it's now Feb 11th 2025 according to your Honor's 1-14-2025 Initial Scheduling and Discovery Order, or stated why not, sanctions are now appropriate.

4.) This Court should grant leave freely to amend a complaint when justice so requirers. Forman V. Davis, 371 U.S. 178, 182 (1962).

/S/ Sidney Perry

(1.) OF (1.)



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Perry, Sidney

ID Number: N52687

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 24-CV-1785

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   9

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion | 1 |
| Proposed Amended Complaint | 8 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.