UNITED STATES DISTRICT COURT
Southern District of Illinois

| | |
|---|---|
| SIDNEY PERRY, <br> Plaintiff, <br> v. <br> ANTHONY WILLS, HEATHER YOUNG, COUNSELOR AT FIRST LEVEL, KENNETH HALL, DILLON LOESING, GIBSON WESTERMAN, MATTHEW TYNER, KENNY FARRAR, INTERNAL AFFAIRS LIEUTENANT, AND UNKNOWN NURSE, <br> Defendants. | CASE No. # 24-CV-1785 <br> HON. STACI M. YANDLE <br> Presiding Judge. |

## PROPOSED AMENDED COMPLAINT

Now comes plaintiff Sidney Perry, pro.se. by and through his Jail House Lawyer Bobby Ford N-20126, pursuant to Fed.R.Civ.P 15(a)(2) and 19(a) along with Fed.R.Civ.Proc. 11 "Sanctions" and Fed.R.Civ.Proc. 34(b)(2)(B-D), defendants is required under this Rule to explain his inability to comply in part or whole, while nevertheless producing documents and/or tangible things to the extent possible.

### DISCUSSION

1) Plaintiff makes the following allegations of facts that on February 28th, 2024 that defendants Hall, Loesing, Westerman, and Tyner, all as as correctional officers at Menard Correctional Center knew plaintiff was a "58" year old disable transgender, and retaliatory targeted plaintiff maliciously & sadistically to cause him serious bodily harm! Unconstitutionally under the 8th, 4th, and 14th amendment.

2) On February 28th, 2024 plaintiff had requested and gotten permission to walk to physical therapy from "1" one gallery through "3" gallery while doing so by officer "Rock" approval to [note* continuous calculated harassment unabated by defendants see exhibits "A" and "B" attached. (1.)

which none of the four "4" defendants deny, or dispute in their answer so the fact is admitted!

3.) While walking on three gallery "3" plaintiff was approached by defendant C/O Loesing and asked why they were on 3-gallery. Before plaintiff could answer, defendant Loesing in a unprovoked attack without any penological litigimate interest slapped and retaliational pushed plaintiff to the ground, in a hate attack racial profile of plaintiff being a member of the "LGBQT" community in violation of his due process rights to be free of any cruel and unusual punishment and treatments.

4.) Defendant C/O Loesing did not even wait for a answer from plaintiff as to why he was on 3 gallery because defendant C/O Loesing preconceived he would attack plaintiff, and when plaintiff being a cripple with a severe bone disease tryed to get up off the ground a officer pushed him back down!

5.) Defendants C/O Loesing, C/O Hall, C/O Westerman, and C/O Tyner while plaintiff was on the ground and offering no resistance whatsoever, nor was plaintiff ever given a direct order to leave the gallery, or to cuff-up as stated by the defendants themselves in their answer whereas they admitted to using force to restrain plaintiff and admit escorting plaintiff to medical when "Absolutely no force whatsoever was needed" supports plaintiff was handcuffed and dragged like a animal to the seclued med-tech room on 1 gallery, where all "4" four defendants repeatedly viciously punched him in the head and body causing serious abrasions and bruises. While a unknown nurse defendant acting

(2.)

in concert to conceal the wanton excessive force in violation of plaintiff Eighth Amendment to be free of any cruel and unusual punishment, and medical denial care deliberately would not document plaintiff's injuries, nor, allow plaintiff any follow up medical care five days later to aid defendant's wrongdoing with malice intent on the unknown Nurse's part!

6.) New claim, during the month of October 9th, 2024, and I plaintiff's Jailhouse Lawyer stated I would explain the extreme inter alia exhaustion plaintiff seeks because the new claim is firmly tied into the February 28th, 2024 claim!

1.) On 10-09-2024 plaintiff was beaten and sexually assaulted and sodomize repeatedly around 12:00 noon while defendants C/O Loesing, and defendant C/O Farrar did cruelty to plaintiff, they threaten to kill plaintiff if he report it! Plaintiff was inside his protective custody cell #115 when defendants C/O Loesing and C/O Farrar enter his cell, C/O Farrar held plaintiff's mouth open while defendant C/O Loesing put his dick in plaintiff's mouth forcing plaintiff to suck his dick over, and over, until he nutted inside plaintiff's mouth and onto his T-shirt, then both of them sodomize plaintiff rectum forcing their finger up plaintiff's anus! Plaintiff's plea's for medical attention was sadistically deny by both defendants. C/O Loesing slap extremely hard plaintiff's face, while C/O Farrar slam my head to the wall forcing plaintiff to his knees to perform the above! Defendant C/O was retaliating on plaintiff for reporting him, C/O Westerman, C/O Hall, C/O Tyner, for the Feb 28th 2024 excessive force beating, whereas they was drunk and racial profiling plaintiff calling him nigger, transgender, fag, bitch! While head warden defendant Anthony Wills receive the emergency on 10-10-2024, well in the range of the "72" hours to preserve the tape evidence T-shirt and have plaintiff sent to the hospital for exam deliberately with malice intent set on the grievance from 10-16-2024 to 11-14-2024 allowing crucial evidence to become contaminated! While unknown defendant counselor at the first level of the grievance process receive the emergency grievance as a "PREA" an held onto it "6" days failing to alert someone from the health care unit to immediately exam, plaintiff to preserve the evidence in violation of his 8th Amendment! While defendant Heather Young maliciously denied the claim as unsubstantial without first collecting the evidence. While defendant unknown internal affairs lieutenant maliciously fabricates a investigation is taking place on 11-14-2024, it's not, and straight out lies in a cruel effort to aid the defendant is on 11-25-2024 lies claiming he attempted to interview plaintiff, an I refused. Never did this ever happen. On 1-14-2025 this honorable court stated that defendants are too

Produce by February 4th 2025 the following discovery:

#1) Incident Reports, #2) Grievances with any responses, or other related material, such as grievance logs and counselors notes #3) disciplinary tickets, along with any documents related to the resolution of the tickets. #4) Plaintiff's Cumulative Counseling Summary or Log of interactions with staff during relevant time. #5) Names of persons with knowledge of the incidents and a short description of the subject of their knowledge, to the extent this information is not included in the documents produced to plaintiff, and #7) Defendants shall produce copies of relevant medical records.

#8) Unknown defendant counselor at the first level in emergency grievance wrote on 10-09-2024 against the new defendants violated plaintiff's constitutional rights to due process of law in a cruel and unusual matter in that the first level counselor handles grievances wrote whereas no disciplinary report was written. Unknown defendant counselor at the first level maliciously failed to "interview" defendants C/O Loesing & C/O Farrar.

#9) Unknown defendant counselor at the first level refuse to immediate have plaintiff submitted to the Health Care Unit to have a "Rape Kit" done and his clothes collected for evidence.

Defendants have severely impede, obstructed, an tainted, and stall the grievance process. Exhaustion should be granted to plaintiff. SEE: Hays V. Dahike, 976 F. 3d 259 (2nd cir-2020).

Defendants have violated the Court's order of 1-14-2025 at docket #28 without so much as asking for a extension of time, or providing a showing of good cause, plaintiff is severely prejudice by the delay, and the documents crucially needed is "extremely" mandatory to the exhaustion issue.

## Conclusion

Wherefore fore the foregoing reason(s) plaintiff ask that this honorable court grant plaintiff amended complaint be filed, and order the U.S. Marshal appropriate serves on all the new defendants known, and order the defendants to produce the full identity of the defendants unknowns for service! And sanctions be issued ~~~~~~ against them for failure to compile with Feb 4th 2025

Relief Requested:

Each defendant is being sued in their individual capacities, and official capacity under color of law for violations of plaintiff's constitutional rights under the 4th, 8th and 14th Amendment of the ~~united~~ United States Constitution for the sum of $500,000.00 dollars compensatory damage jointly and severely, and $1 million dollars punitive damage. Plaintiff ask that the U.S. Marshal appropriate all summons and serve on the "3" three new defendants by including this request in the Limited discovery.

Jury Demand [X] yes.

/S/ Sidney Perry
Date: 2-11-2025

(5.)

## Certificate of Service

I, Sidney Perry, Pro.Se. Hereby his Jail House Lawyer Bobby Ford N-20126 Forward the Following: Motion for Leave to File Proposed Amended Complaint — Proposed Amended Complaint by placing same in the mail box Bars to be sent to the Law Library Clerk Assistant to be E-File Mailed to the Clerk of Court Consisting of "8" Eight pages total to be E-File in Court Located At:

Clerk of the Court
United States District Court
Southern District of Illinois
750 Missouri Ave.
East St. Louis, Illinois
62201

/S/ Sidney Perry

Date 2-11-2025

J.B. Pritzker  
Governor



Latoya Hughes  
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: **SIDNEY PERRY**  
ID#: **N52687**  
Facility: **MENARD**

Date: **1/13/25**

This is in response to your grievance received on **12/11/24**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **7/7/24**   Grievance Number: **K4-0724-2996**   Griev Loc: **MENARD**

- ☑ Medical  Grieves needing mental health and better medications
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☑ Staff Conduct  /PREA: Claims against C/O Tynor Matthew on 7/7/24
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: Mixed. Resolved; Per I/A, there is an open investigation into these claims. Grievant shall be notified of the findings per the PREA Guidelines.

Denied; Records reflect the grievant has access to healthcare and has had numerous call passes to HCU since the filing of this grievance.

Medical treatment is a the discretion of licensed medical providers. If still experiencing any medical issues, submit a nurse sick call slip.

FOR THE BOARD: _Rebecca Riggs_  
Administrative Review Board

CONCURRED: _Latoya Hughes_  
Acting Director

CC: Warden, **MENARD** Correctional Center  
    **SIDNEY PERRY**, ID# **N52687**

Exhibit - A

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

| Field | Value |
|---|---|
| Inmate Id: | N52687 |
| Name: | PERRY, SIDNEY |
| Chair Code: | BERI |
| Grv Type: | L |
| Grv Code: | PREA |
| Receive Date: | 12/11/2024 |
| Hearing Date: | 00/00/0000 |
| Mailing Date: | 00/00/0000 |
| Grv Loc: | MENARD CC |
| Hearing Loc: | MENARD CC |
| Ret Form Ind: | |
| Modify Ind: | |
| Deny Ind: | |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Resolved Ind: | |
| Grievance Number: | K4-724-2996 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 01/10/2025 |

Comments: GRV #K4-0724-2996; GRV DTD 7/7/24. GRVS PREA ON C/O TYNOR MATTHEW; CLAIMS PUTTING A LARGE SNAKE OF SHIT AND CHEWING TOBACCO IN HIS LUNCH TRAY ON 7/7/24

Exhibit - B